IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

        Plaintiff,                               No. 2:09-cv-0422 JFM (PC)

    vs.

N. P. RAYES, et al.,

        Defendants.
                                /          <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On April 14, 2009, plaintiff filed a motion to stay this action pending plaintiff's brain surgery and his recovery therefrom. This action was filed on February 12, 2009 and is pending screening of plaintiff's complaint pursuant to 28 U.S.C. § 1915A. Good cause appearing, plaintiff's motion to stay will be granted. Plaintiff shall file a status report within sixty days from the date of his brain surgery, advising the court of the status of his recovery.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 14, 2009 motion for stay is granted;

        2. Within sixty days from the date surgery is performed on plaintiff, he shall file a status report advising the court of his medical condition; and

1

3. The Clerk of the Court is directed to administratively close this action.

DATED: April 21, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
seef0422.sty