IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

       Plaintiff,                         No. 2:09-cv-0422 JFM (PC)

   vs.

N. P. RAYES, et al.,

       Defendants.
                                  /       <u>ORDER</u>

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. By order filed April 22, 2009, this action was stayed at plaintiff's request pending his brain surgery and recovery therefrom. On August 19, 2009, and October 2, 2009, plaintiff filed motions to lift the stay.

       In view of this court's order filed concurrently in Case No. 2:08-cv-0232-GEB JFM (PC), and good cause appearing, IT IS HEREBY ORDERED that plaintiff's August 19, 2009 and October 2, 2009 motions are denied without prejudice to plaintiff's right to file a

/////

/////

/////

/////

1

1  renewed motion to lift the stay in this action, as appropriate, concurrently with a motion to lift the
2  stay in Case No. 2:08-cv-0232-GEB-JFM (PC).
3  DATED: December 22, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
seef0422.o

2